**SO ORDERED.**

**SIGNED January 19, 2011.**

**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN THE MATTER OF: CASE NO. 09-20878

DANNY RAY CLARK and
LUCRETIA DAWN CLARK
DEBTORS CHAPTER 7

U.S. BANK, N.A.
MOVER

***ORDER***

THIS MATTER came on to be heard on January 20, 2011, on a Motion to Lift Stay filed on behalf of U.S. BANK, N.A., a secured creditor herein.

CONSIDERING the Motion, the law and evidence in favor thereof, and upon proper notice of hearing on same;

IT IS ORDERED that the automatic stay presently in effect pursuant to 11 U.S.C. §362 with regard to this Chapter 7 proceeding and also as to a proceeding under any other Chapter of the Bankruptcy Code to which this matter might be converted, be lifted and the below described property be abandoned from the estate in order to permit U.S. BANK, N.A. to foreclose on its

security interest in the following described property located in Calcasieu Parish, Louisiana, more particularly described as follows:

> Lot 222 of PHASE 1, BLACK BAYOU ESTATES (GULF STREAM MANOR) SUBDIVISION, Located in Section 20, Township 11 South, Range 8 West as recorded in Plat Book 37, page 25 and recorded in miscellaneous Book 0001, page 549 of the records of Calcasieu Parish, Louisiana, together with all buildings and improvements situated thereon;
>
> And that Certain
>
> Model No. 7603 Pioneer Manufacture Home Vin No. PH17603GA19868A/B
>
> Improvements thereon having a municipal address of 8559 Gulf Hwy Lot 222, Lake Charles, LA 70607

IT IS FURTHER ORDERED that U.S. BANK, N.A. is authorized and permitted, if necessary, to evict the DEBTORS from the above described property.

The entity submitting this order represents to the Court that the underlying motion was filed and served in conformity with the local rules, that no pleading or response has been filed in opposition thereto, and that the relief to be granted by this order is consistent with the relief to be granted by this order is consistent with the relief pled for in that motion.

# # #

Respectfully submitted,

THE BOLES LAW FIRM
Joe H. Dixon, Jr.
Attorney for U.S. Bank, N.A.
1818 Avenue of America
P. O. Drawer 2065
Monroe, LA 71207-2065

BY: /s/ Joe H. Dixon, Jr.
Joe H. Dixon, Jr. (#04973)